UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10231-MLW

UNITED STATES OF AMERICA

v.

PETER V. MAGGIO, III
WILLIAM A. HOWE
MATT A. HAVEY
JEFFREY A. DEVEAU
LOUIS A. PARADISO
MICHAEL R. O'NEILL
SEAN SACCO

## FURTHER ORDER ON EXCLUDABLE TIME

December 21, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

December 21, 2004 through February 18, 2005,

that being the period between the Interim Status Conference and the next Status Conference.

Based upon the prior orders of the court dated September 28, 2004, September 30, 2004, October 6, 2004, November 9, 2004 (two orders), November 10, 2004, and this order, at the time of the Interim Status Conference on February 18, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge