LAW OFFICES
# JAMES MICHAEL MERBERG

66 LONG WHARF
BOSTON, MASSACHUSETTS 02110
TELEPHONE (617) 723-1990
FACSIMILE (617) 720-5760

FILED
CLERKS OFFICE

2005 MAR 24  P 1: 20

U.S. DISTRICT COURT
DISTRICT OF MASS

March 21, 2005

Thomas Quinn
Courtroom Deputy to the
Honorable Judith G. Dein
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    United States v. Peter Maggio
            Criminal No. 04-10231-MLW

Dear Mr. Quinn:

       Please be advised that I am again corresponding with you as it relates to the next scheduled status conference for April 4, 2005 at 3:00 p.m. in the above referenced matter.

       Unfortunately, as a sole practitioner I must report that I will be on trial (the fourth day of a continuing trial before the Nantucket Probate & Family Court, in the matter of Gerardi v. Williams, Docket No. 00W-000-PA). This matter is specially assigned, and the judge hearing this matter will be traveling from Worcester to Nantucket for the purpose of completing the trial on April 4th and 5th 2005. In addition, on April 4, 2005 we have an expert testifying from the Mass General Children and the Law Program, whose schedule will only permit her to testify on April 4, 2005.

       I have had an opportunity to discuss this matter with Assistant United States Attorney Victor Wild, who reports that he will be sending me a proposed plea agreement, which I will in turn forward to my client, who remains incarcerated in North Carolina.

       Prior to the April 4th date, I will ask one of my co-counsel to stand in for me at the status conference.

       I believe Victor Wild can properly report that my client anticipates entering into a plea (either with or without plea agreement), when the matter is sent up to the District Court Judge.

LAW OFFICES
# JAMES MICHAEL MERBERG

Thank you for your usual courtesy.

Very truly yours,

James Michael Merberg

cc: Victor A. Wild, Esquire
Assistant United States Attorney
Office of the United States Attorney
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210