UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10231-MLW

UNITED STATES OF AMERICA

v.

PETER V. MAGGIO, III
WILLIAM A. HOWE
MATT A. HAVEY
LOUIS A. PARADISO
MICHAEL R. O'NEILL
SEAN SACCO

## FURTHER ORDER ON EXCLUDABLE TIME

May 3, 2005

DEIN, M.J.

        In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

May 3, 2005 through June 3, 2005

that being the period between the Interim Status Conference and the Final Status Conference.

        Based upon the prior orders of the court dated September 28, 2004, September 30, 2004, October 6, 2004, November 9, 2004 (two orders), November 10, 2004, December 21, 2004, February 18, 2005, April 4, 2005 and this order, at the time of the Final Status Conference on June 3, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

        / s / Judith Gail Dein
        Judith Gail Dein
        United States Magistrate Judge