UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10231-MLW

UNITED STATES OF AMERICA

v.

PETER V. MAGGIO, III
WILLIAM A. HOWE
MATT A. HAVEY
LOUIS A. PARADISO
MICHAEL R. O'NEILL
SEAN SACCO

**FINAL STATUS REPORT**

June 3, 2005

DEIN, M.J.

A Final Status Conference was held before this court on Friday, June 3, 2005, pursuant to the provisions of Local Rule 116.5(C).[1]  Based on that conference this court enters the following report and orders, to wit:

1. It appears at this time that a trial will be necessary.  However, several of the defendants are continuing to negotiate with the government.

2. Discovery is completed at this time.

3. There are no outstanding or anticipated discovery issues at this time.

4. The defendants do not intend to file dispositive motions.

5. Based upon the prior orders of the court dated September 28, 2004, September 30, 2004, October 6, 2004, November 9, 2004 (two orders), November 10, 2004, December 21, 2004, February 18, 2005, April 4,

---

[1] All the remaining defendants were represented by counsel.  The defendant Jeffrey A. Deveau has been transferred to New York for entry of a plea and sentencing.

    2005 and May 3, 2005, at the time of the Final Status Conference on June 3, 2005 there were zero (0) days of non-excludable time under the Speedy Trial Act and seventy (**70**) days remaining under the Speedy Trial Act in which this case must be tried.

6. It is estimated that if the case goes to trial, the trial will last approximately two weeks.

7. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

        / s / Judith Gail Dein
    Judith Gail Dein
    United States Magistrate Judge