UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**  **CRIMINAL CASE**

**NO. 04-10231-MLW**

V.

**PETER MAGGIO et al**
       Defendant(s)

**NOTICE OF HEARING**

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for an INITIAL PRE-TRIAL CONFERENCE on **JUNE 17, 2005** at 11:00 A.M. before Judge Wolf in Courtroom # **10** on the **5**th floor.

       SARAH A. THORNTON
       CLERK OF COURT

**June 9, 2005**   By:  /s/ Dennis O'Leary
   Date   Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)   [ntchrgcnf.]
   [kntchrgcnf.]