UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                         **CRIMINAL  CASE**

                                                          **NO. 04-10231-MLW**
                          V.

**PETER V. MAGGIO et al**
          Defendant(s)


**NOTICE OF RESCHEDULING**

**WOLF, D.J.**


The **INITIAL PRE-TRIAL CONFERENCE** previously scheduled for **AUGUST 5, 2005** at **3:00 P.M.** before Judge **Wolf**, has been RESCHEDULED for **AUGUST 5, 2005** at **2:00 PM**, in courtroom 10 on the fifth floor.


                                        SARAH A. THORNTON
                                        CLERK OF COURT


**July 14, 2005**                       By:   **/s/ Dennis O'Leary**
     Date                                     Deputy Clerk

**Notice to:**
(crim-cancel.wpd - 7/99)                                [ntchrgcnf.]
                                                        [kntchrgcnf.]