UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                       **CRIMINAL  CASE**

                                                       **NO. 04-10231-MLW**
V.

**PETER MAGGIO et al**
            Defendant(s)

## NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for an INITIAL PRETRIAL CONFERENCE on SEPTEMBER 26, 2005 at 3:00 P.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

                                               SARAH A. THORNTON
                                               CLERK OF COURT

**August 25, 2005**                    By:   /s/ Dennis O'Leary
       Date                                   Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                [ntchrgcnf.]
                                        [kntchrgcnf.]