UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10231

United States                                Peter Maggio et al
        PLAINTIFF                                DEFENDANT

Victor Wild                                  James Merberg, Elliot Weinstein

                                             Roger Witkin, Scott Lopez

                                             Joseph Oteri, William White

        COUNSEL FOR PLAINTIFF                 COUNSEL FOR DEFENDANT

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Twomey

CLERK'S NOTES

| DATES: | Initial Pretrial Conference |
|---|---|
| 9/26/05 | Parties report that the case is not ready for trial.  Defendants seeking more time to review discovery documents. |
|  | Defendants seek an additional three months to complete discovery.  Court with the assent of the defendants |
|  | excludes all time from June 3, 2005 through November 21, 2005.  The case will remain with the district |
|  | judge.  Parties shall complete all discovery except for that which is due not later than 21 days prior to trial |
|  | by November 14, 2005.  Any motion to extend that deadline shall be filed by November 7, 2005.  Parties |
|  | to report back on November 21, 2005 for a scheduling conference at 3:00 PM.  Parties shall confer |
|  | and report whether each of the defendants intend to got to trial. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |