

**U.S. Department of Justice**

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

James M. Merberg, Esq.
66 Long Wharf
Boston, MA 02110

October 21, 2005

Re: United States v. Maggio, et al.
    Criminal No. 04-10231-MLW

Dear Mr. Merberg:

As we discussed yesterday, at the time Peter Maggio was arrested at Mike's Donuts on Route 9 in Everett at 7:30 pm on December 15, 2000 in connection with another case, there was a computer in Maggio's vehicle which was impounded pursuant to the arrest. As we discussed, the Government requests authorization to duplicate the hard drive in the computer.

You may recall that Maggio has on previous occasion advised that he would be happy to provide us duplicates of his computer files. Nonetheless, I am requesting specific authorization to duplicate the hard drive in the computer.

We are attempting to complete government disclosure in this case before November 14th per Order of the court and appreciate your attention to this matter.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Victor A. Wild

VICTOR A. WILD
Assistant U.S. Attorney

cc: Dennis O'Leary
    clerk to Judge Wolf