

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

Joseph S. Oteri, Esq.
20 Park Plaza
Boston, MA 02116

October 25, 2005

Elliot Weinstein, Esq.      Roger Witkin, Esq.
228 Lewis Wharf             6 Beacon Street
Boston, MA 02110            Boston, MA 02108

Scott Lopez, Esq.           William M. White, Esq.
24 School Street            1 Faneul Hall
Boston, MA 02108            Boston, MA 02109

    Re:   <u>United States v. Maggio, et al.</u>
           Criminal No. 04-10231-MLW

Dear Counsel:

    Counsel have been invited to review materials in possession of the Government in this case. Certain counsel have availed themselves of the opportunity and have requested copies of materials selected by counsel.

    At the time co-defendant Peter Maggio was arrested on December 15, 2000, in connection with another case, there was a computer in Maggio's vehicle which was impounded pursuant to the arrest. The Government is making an attempt to copy the hard drive from that computer, and will make a copy available to the defense if that is accomplished.

                                              Very truly yours,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                          By:   _____
                                              VICTOR A. WILD
                                              Assistant U.S. Attorney

cc:   Dennis O'Leary
       Clerk to Judge Wolf