UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                    **CRIMINAL CASE**

                                                                **NO. 04-10231-MLW**
                    V.

**PETER MAGGIO et al**
            Defendant(s)

**NOTICE OF RESCHEDULING**

**WOLF, D.J.**

The **PRETRIAL CONFERENCE** previously scheduled for **NOVEMBER 21, 2005** at **3:00 P.M.** before Judge **Wolf**, has been CANCELLED.

                                                    SARAH A. THORNTON
                                                    CLERK OF COURT

**November 18, 2005**                    By:   **/s/ Dennis O'Leary**
         Date                                                Deputy Clerk

**Notice to:**
(crim-cancel.wpd - 7/99)                                    [ntchrgcnf.]
                                                            [kntchrgcnf.]