

**U.S. Department of Justice**

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

---

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

January 19, 2006

Joseph S. Oteri, Esq.
20 Park Plaza
Boston, MA 02116

Elliot Weinstein, Esq.          Roger Witkin, Esq.
228 Lewis Wharf                 6 Beacon Street
Boston, MA 02110                Boston, MA 02108

Scott Lopez, Esq.               William M. White, Esq.
24 School Street                1 Faneul Hall
Boston, MA 02108                Boston, MA 02109

    Re: United States v. Maggio, et al.
        Criminal No. 04-10231-MLW

Dear Counsel:

The Government has today delivered to Mr. Witkin, for all counsel, a copy of tax records and information received from the Internal Revenue Service Counsel.

                                    Very truly yours,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

                      By:  _____
                                  VICTOR A. WILD
                                  Assistant U.S. Attorney

cc: Dennis O'Leary
    Clerk to Judge Wolf