UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10231

| United States | Peter Maggio et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Victor Wild | Scott Lopez |
| | James Oteri |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Scheduling Conference |
|---|---|
| 1/31/06 | Court sets schedule for the remainder of the case. Trial set for June 5, 2006. Parties agree to exclude all time from today's date to June 5, 2006. Procedural order to issue. |