UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                           CRIMINAL NO. 04 10231 MLW 3

MATT HAVEY

## MOTION TO ADVANCE AND CONTINUE DATE OF TRIAL

The Court has set Monday, June 5, 2006, as the date for the start of the trial of this matter.

Undersigned counsel was assigned, months ago, by Judge Hinkle, who runs the homicide session in Suffolk County, to commence the trial of *Commonwealth v. Terrance Brown et al* on Friday, June 2, 2006. The *Brown* case is a double homicide, dating from 2001.

Because of this conflict the defendant moves that the date of the trial of this case be changed until June 19, 2006 or later.

                                   /s/Roger Witkin
                                   Roger Witkin
                                   Counsel for Matt Havey
                                   6 Beacon Street, Suite l0l0
                                   Boston, MA 02l08
                                   Tel. 6l7 523 0027
                                   Fax 6l7 523 2024
                                   BBO No. 53l780

DATE: February 3, 2006

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                     CRIMINAL NO. 04 10231 MLW 3

MATT A. HAVEY

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA Victor A. Wild by mail this day.

/s/Roger Witkin
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

DATE:  February 3, 2006