

**U.S. Department of Justice** FILED
'N CLERKS OFFICE

*Michael J. Sullivan*
*United States Attorney* 2006 MAR 24  P 4: 07
*District of Massachusetts*

U.S. DISTRICT COURT
DISTRICT OF MASS

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

March 23, 2006

James M. Merberg, Esq.        Joseph S. Oteri, Esq.
76 Long Wharf                 20 Park Plaza
Boston, MA 02110              Boston, MA 02116

Elliot Weinstein, Esq.        Roger Witkin, Esq.
228 Lewis Wharf               6 Beacon Street
Boston, MA 02110              Boston, MA 02108

Scott Lopez, Esq.             William M. White, Esq.
24 School Street              1 Faneuil Hall
Boston, MA 02108              Boston, MA 02109

Re:  United States v. Maggio, et al.
     Criminal No. 04-10231-MLW

Dear Counsel:

As expressed in my letter dated October 25, 2005, a computer
was found in co-defendant Peter Maggio's vehicle when it was
impounded upon his arrest on December 15, 2000, in connection
with another case.  The Government advised that, with permission
of Maggio, it would copy the hard drive and make a copy available
to the defense.

That was accomplished in December 2005, and it appears that
nothing of substance was contained on the computer.  More
particularly, nothing of substance relating to the present
prosecution was on the computer.  In any event, whatever was
contained on the computer has been duplicated and delivered to
defense counsel.  Counsel for Maggio has requested that the
computer be released so that it may be used by a third party.

The Government has identified no legal or evidentiary basis for maintaining possession of the computer. Accordingly, it intends to release the computer to counsel for Maggio. If you have an objection to release of the computer, please advise the Government of the reasons which may compel continued possession by the Government. Assuming there is no objection, the Government intends to release the computer to counsel for Maggio on March 31, 2006.

Thank you for your attention to this matter.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By:

VICTOR A. WILD
Assistant U.S. Attorney

cc:  Dennis O'Leary
     Clerk to Judge Wolf

2