UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**<u>UNITED STATES</u>**                                      <u>CRIMINAL  CASE</u>

                                                             <u>NO. 04-10231-MLW</u>
              V.

**<u>PETER MAGGIO</u>**
              Defendant(s)


<u>NOTICE OF HEARING</u>

**<u>WOLF, D.J.</u>**


   PLEASE TAKE NOTICE that the above-titled case has been set for a CHANGE OF PLEA HEARING on <u>APRIL 13, 2006</u> at 3:00 P.M. before Chief Judge Wolf in Courtroom # <u>10</u> on the <u>5th</u> floor.


                                        SARAH A. THORNTON
                                        CLERK OF COURT


<u>April 11, 2006</u>                          By:   <u>/s/ Dennis O'Leary</u>
      Date                                    Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                     [ntchrgcnf.]
                                             [kntchrgcnf.]