March 2, 2006

Dennis_Oleary@mad.uscourts.gov

    Re:    Unites States v. Peter Maggio

Dear Mr. Oleary:

    Please be advised that in accordance with the Court's directive contained in the February 2, 2006 Order, I sent by U.S. Mail and facsimile to Victor A. Wild a letter dated February 21, 2006 informing him, in accordance with the Pretrial Order, that a trial would not be necessary in order to resolve the case pending against Peter Maggio.

    I would respectfully advise you that notice was given timely to AUSA Victor A. Wild, who has so informed the Court, based on a review of his March 1, 2006 electronic filing.

    I apologize for any confusion caused by my reporting the Defendant Maggio's decision to plead guilty to the United States Attorney, rather than directly to the Court.

    Thank you for your usual courtesy.

                               Respectfully,

                               /s/ *James Michael Merberg*

                               James Michael Merberg

cc:    Victor.Wild@usdoj.gov