**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES**

**CRIMINAL  CASE**

**NO. 04-10231-MLW**

**V.**

**PETER MAGGIO**

**NOTICE OF RESCHEDULING**

**WOLF, D.J.**

The **CHANGE OF PLEA HEARING** previously scheduled for **APRIL 13, 2006** at **3:00 P.M.** has been CANCELLED.  It has been RESCHEDULED for **APRIL 19, 2006** at **3:00 PM**.

**SARAH A. THORNTON**
**CLERK OF COURT**

**April 12, 2006**                    **By:    /s/ Dennis O'Leary_____**
      **Date**                              **Deputy Clerk**

**Notice to:**
**(crim-cancel.wpd - 7/99)**                         [ntchrgcnf.]
                                                     [kntchrgcnf.]