IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) CRIMINAL CASE NO. 04-10231-MLW <br> ) |
| v. | ) <br> ) |
| PETER V. MAGGIO, III, *ET AL.* | ) <br> ) |

GOVERNMENT'S SUBMISSION
PURSUANT TO COURT ORDER DATED AUGUST 15, 2006

Comes now the United States of America, by Victor A. Wild, Assistant United States Attorney for the District of Massachusetts, and files the accompanying Affidavit pursuant to Order of this Court dated August 15, 2006.

Respectfully submitted this 25th day of August, 2006.

    MICHAEL J. SULLIVAN
    UNITED STATES ATTORNEY

By: /s/ Victor A. Wild
    VICTOR A. WILD
    Assistant U.S. Attorney
    One Courthouse Way
    Boston, MA 02210
    (617) 748-3100