LAW OFFICES
# JAMES MICHAEL MERBERG

66 LONG WHARF
BOSTON, MASSACHUSETTS 02110
TELEPHONE (617) 723-1990
FACSIMILE (617) 720-5760

October 10, 2006

**BY MESSENGER**

Dennis O'Leary, Courtroom Clerk
To the Honorable Judge Wolf
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    United States v. Peter V. Maggio
            Case No. 1:04-CR-10231

Dear Mr. O'Leary:

    Please find enclosed the following documents, which I was unable to attach to the Defendant Peter Maggio's Sentencing Memorandum:

1. Medical report Dr. Richard K. Cuneo dated September 24, 2002.
2. April 8, 2002 letter from Dr. Dan v. Iosifescu.
3. August 22, 2002 from Dr. Kenneth Park.

    I am also expecting an updated medical report from Maria Maggio's treating oncologist and additional information from representatives of law enforcement. When these materials are received, I will immediately forward them to your attention.

    Thank you for your usual courtesy.

                                        Respectfully,

                                        James Michael Merberg

cc:    **VIA FACSIMILE (978) 689-9067**
       Sean P. Buckley
       U.S. Probation Officer
       499 Essex Street
       Lawrence, MA 01840

LAW OFFICES
# JAMES MICHAEL MERBERG

*<u>VIA FACSIMILE (617) 748-3960</u>*
Victor A. Wild, Esquire
Assistant United States Attorney
Office of the United States Attorney
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210