UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10231

| United States | Peter Maggio et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Victor Wild | William White, Peter Merberg, |
| | Roger Witkin, Joseph Oteri, Scott Lopez |
| | Elliot Weinstein, Joseph Toddy |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Romanow

CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 11/17/06 | Court goes over the filings it has received since the last hearing on November 3, 2006 to make sure it has received everything that the parties submitted for the court's review.  Defendant O'Neill moves that the court reconsider the decision t give the defendant the enhancement for sophisticated means based on its comments regarding the Deveau sentencing in New York. Court listens to the parties as to their recommendations for each of the defendants separately giving each of the defendants a chance to address the court. Court suspends at 5:00. Sentencing to resume on Monday, November 20, 2006 at 3:00 PM. |