UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10231

| United States | Peter Maggio et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Victor Wild | William White, Peter Merberg, |
| | Roger Witkin, Joseph Oteri, Scott Lopez |
| | Elliot Weinstein, Joseph Toddy |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 11/20/06 | Court advises all six defendants of their rights to appeal and to counsel while on appeal. Court imposes the sentences as follows: As to the defendant Maggio court finds that no departure or variance is justified. Maggio sentenced to 98 months custody, 36 months supervised release $15,731,860.00 restitution, $1100 special assessment fee. Howe: 21 months custody, 36 months supervised release, $4,282,200.00 restitution, and $800 special assessment fee. O'Neil: 21 months custody, 36 months supervised release $1,813,200.00 restitution $7500 fine $400 special assessment fee. Paradiso: 12 months and 1 day custody, 36 months supervised release $1,792,849.00 restitution and $500 special assessment fee. Sacco: 24 months probation, $420,878.00 restitution and $200 special assessment fee. Havey: serve 15 months but ordered released on December 12, 2006, 36 months supervised release, $437,104 restitution and $300 special assessment fee. Court orders Maggio's sentence to run on and after any sentence he is currently serving. Court gives the parties its reasoning each of the sentences. Court gives Howe, O'Neill and Paradiso self report dates for 1/8/07 at 12:00PM. Their release will continue on the same conditions. Maggio asks for judicial recommendation to participate in the 500 BOP drug program and be returned to FMC Butler for medical treatment he was receiving previously. Court grants both requests for recommendations. Court orders the probation department to move by 12/1/06 to either request the court to act on the violation petition or consult with the government and withdraw it. Government states that it would have no objection to the withdrawal of the petition if probation decides to withdraw it. Defendant Howe asks to be given till 12/106 to make a request for a judicial recommendation and stay the entry of judgment until that time as well. Oneill and Paradiso joins in the request. |