UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CASE NO. 1:04-CR-10231

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) |
| PETER V. MAGGIO | ) |
| | ) |

NOTICE OF APPEAL

Notice is hereby given that Peter V. Maggio, III, a Defendant in the above captioned matter, hereby appeals to the United States Court of Appeals for the First Circuit, from the final judgment and sentence entered in this action on November 20, 2006.

The instant Notice of Appeal has been filed by Court appointed counsel, pending further action on the part of the Defendant or the Court, as it relates to the appointment of undersigned counsel to pursue a sentence appeal.

Respectfully submitted,
Peter V. Maggio
By his attorney,

*/s/ James Michael Merberg*

James Michael Merberg, Esquire
B.B.O. No. 343020
66 Long Wharf
Boston, Massachusetts 02110
Tel. (617) 723-1990