```
           UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Cr. No. 04-10231-MLW |
| ) | |
| PETER V. MAGGIO, III ) | |

### ORDER

WOLF, D.J.                                                March 9, 2007

The court has received the attached February 20, 2007 letter from defendant Peter Maggio requesting that he be allowed to remain at the Essex County Correctional Facility for an additional 60 days because of the progression of his former wife's cancer and the related emotional needs of his children. The court has consulted the Probation Department concerning this request.

It is hereby ORDERED that:

1.  The Marshals Service shall, until April 30, 2007, retain custody of Maggio and continue his assignment to the Essex County Correction Facility or another facility accessible to his children.

2.  Maggio shall, by April 30, 2007, address the issues relating to his children to the maximum extent possible as no further extension of his transfer to the custody of the Bureau of Prisons is contemplated or likely.

                                        /S/ MARK L. WOLF
                                        UNITED STATES DISTRICT JUDGE