February 20, 2007

Chief Justice Mark L. Wolf
United States District Court
Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Dear Judge Wolf:

I am writing to you in order to request an additional 60-day stay in Essex County Correctional Facility, 20 Manning Road, Middleton, MA 01949.

Unfortunately, since my last appearance before you on November 20, 2006, Maria Maggio's medical condition has advanced itself to a stage IV cancer. Currently, in addition to her breast cancer, she has recently been diagnosed with colon cancer which has spread from her colon to her liver and one lung.

At the present time, she is undergoing aggressive treatment at Mass General's Gillette Center and is awaiting several test results that will dictate her future. Upon receiving this information from Maria, my family contacted the Bureau of Prisons Designation and Computation Center in Grand Prairie, TX, on my behalf who explained that in this type of situation it would be up to my sentencing judge to review the circumstances and make a decision regarding my request for an additional 60-day stay. It is my understanding that if your decision is favorable, then you would direct the Marshalls to delay my departure from the above mentioned facility.

This extension that I am requesting would enable me to meet with my children and partake in the process of comforting them and explaining to them how we plan to proceed as a family in the future.

I apologize for contacting you directly, but, unfortunately, my Attorney, James Merberg, is on vacation until next week leaving me unable to make the request through him regarding this matter. Currently, after speaking with the Bureau of Prisons Designation and Computation Center today, they indicated that I have been designated, which means that I could possibly be leaving this facility Thursday, February 22, 2007.

Thank you in advance for taking the time to review my request.

Very truly yours,

Peter V. Maggio