Clerk of Court
United States District Court
1 Courthouse Way
Boston, MA 02210

FILED
IN CLERKS OFFICE

2007 AUG 24  A 11: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

## REQUEST FOR DOCKET SHEET.

Please send a copy of my docket sheets for:

Case No. 04-10231-MLW, Peter V. Maggio ET AL

to the below address as soon as possible.

Thank you for your prompt assistance in this matter.

Respectfully requested

*Peter V. Maggio*
Peter V. Maggio

22838-038
Federal Correctional Inst.
P.O. Box 2000
Ft. Dix, N.J. 08640-2000